# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| RODNEY DEWAYNE MUCKLEROY, | § | |
| #02502795 | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-cv-66 |
| | § | |
| SECURUS TECHNOLOGIES, ET AL. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On April 2, 2026, the Magistrate Judge entered a Report and Recommendation (Dkt. #9) that this civil action be dismissed without prejudice for failure to prosecute.

The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. No objections having been timely filed, the Court concludes that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court.

It is therefore **ORDERED** that this civil action is **DISMISSED** without prejudice. All motions not previously ruled on are hereby **DENIED**.

**SIGNED this 30th day of April, 2026.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE